

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 02-11-00540-CR
## 02-11-00541-CR

---

JEREMY GLENN POWELL                                    APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jeremy Glenn Powell attempts to appeal following his guilty pleas to aggravated robbery with a deadly weapon in trial court cause number 1114710D and unlawful possession of a firearm in trial court number 1114677D. The trial court sentenced Appellant to eight years' confinement in each case in

---

[1]*See* Tex. R. App. P. 47.4.

accordance with Appellant's plea bargain agreements with the State. Appellant filed pro se notices of appeal in each case.

Concerned that we did not have jurisdiction over these appeals, we sent a letter to Appellant and his counsel requesting a response by December 19, 2011, showing grounds for continuing the appeals. We have not received a response to our letter.

The trial court's certifications of Appellant's right of appeal in each case respectively state that this "is a plea-bargain case, and the defendant has NO right of appeal." The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. Tex. R. App. P. 25.2(a)(2). Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 2, 2012